| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Sorokin, Leo T. | 2. Court or Organization District Court, Massachusetts | 3. Date of Report 7/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

U.S. District Court
One Courthouse Way
Boston, MA 02210
Suite 6130

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed - psychologist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NGO (Regional Dialogue) funded by State Department Grant | 11/26/2017-12/4/2017 | Tashkent, Uzbekistan | Teaching at Judicial Education Program for Judges and Judicial Staff in Uzbekistan | Transportation, food and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental/Vacation Property Massachusetts (2001, 273,100) | D | Rent | N | R | | | | | |
| 2. Bank of America Accounts | A | Interest | J | T | | | | | |
| 3. IRA #1 | | | | | | | | | |
| 4. -Fidelity Contrafund | B | Distribution | K | T | | | | | |
| 5. -Fidelity Pacific Basin | A | Distribution | K | T | | | | | |
| 6. IRA #2 | | | | | | | | | |
| 7. -Davis NY Venture Fund C | B | Dividend | L | T | | | | | |
| 8. -Wells Fargo Cash | A | Dividend | J | T | | | | | |
| 9. IRA #3 | | | | | | | | | |
| 10. -Amazon | | None | L | T | | | | | |
| 11. -Wells Fargo Cash Account | A | Int./Div. | J | T | | | | | |
| 12. -Allianz FDS Small Cap | A | Dividend | J | T | | | | | |
| 13. -Allianz Mid Cap Fund | C | Dividend | K | T | | | | | |
| 14. -PIMCO FDS PAC Dev Invt Mgmt | B | Dividend | K | T | | | | | |
| 15. Brokerage Acct#1 | | | | | | | | | |
| 16. -Wells Fargo Money Market Fund | A | Interest | J | T | | | | | |
| 17. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 19. -Wisdomtree Investments | A | Dividend | J | T | | | | | |
| 20. -Healthcare Realty Trust, Inc. | B | Dividend | L | T | | | | | |
| 21. -Berkshire Hawthaway Series B | | None | K | T | | | | | |
| 22. -Saul Centers | A | Dividend | J | T | | | | | |
| 23. -Alibaba | | None | J | T | | | | | |
| 24. -Apple | B | Dividend | L | T | | | | | |
| 25. -Sector Spdr Tech Select Sector | A | Dividend | L | T | | | | | |
| 26. -Stratasys LTD Sys | | None | J | T | | | | | |
| 27. -3D SYSCorp | | None | J | T | | | | | |
| 28. IRA #4 | | | | | | | | | |
| 29. -Vanguard 500 Index Fund Adm | B | Dividend | L | T | | | | | |
| 30. -Vanguard Intermediate Term Investment Grade Fund | A | Dividend | K | T | | | | | |
| 31. -Vanguard U.S. Value Fund | C | Dividend | K | T | Buy (add'l) | 10/06/17 | J | | |
| 32. - Vanguard Emerging Markets Stock Index Adm | A | Dividend | K | T | | | | | |
| 33. Brokerage Acct#2 | | | | | | | | | |
| 34. -Vanguard U.S. Value Fund | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Total International Stock Index | A | Dividend | J | T | | | | | |
| 36. -Vanguard Total Stock Market Index | A | Dividend | J | T | | | | | |
| 37. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 38. Brokerage Acct#4 | | | | | | | | | |
| 39. -American Century Income and Growth Fund | A | Dividend | K | T | Sold (part) | 8/14/17 | J | D | |
| 40. | | | | | Sold (part) | 10/02/17 | J | C | |
| 41. IRA #5 | | | | | | | | | |
| 42. -American Century Equity Income | C | Dividend | K | T | | | | | |
| 43. -American Century Prime Money Market | A | Interest | K | T | | | | | |
| 44. -American Century Small Cap Value Fund | B | Dividend | K | T | | | | | |
| 45. Brokerage Acct#5 | | | | | | | | | |
| 46. -American Century Equity Income Fund | D | Dividend | K | T | | | | | |
| 47. Brokerage Acct#7 | | | | | | | | | |
| 48. -American Century All Cap Growth Fund | A | Dividend | J | T | | | | | See Note |
| 49. Limited Partnership Wolf Paca I | E | Int./Div. | M | U | | | | | |
| 50. Limited Partnership Joppa East | A | Dividend | J | U | | | | | |
| 51. OC, LLC | | None | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage Account 11 | | | | | | | | | |
| 53. -Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 54. IRA Account 13A | | | | | | | | | |
| 55. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 56. -Matthews Pacific Tiger | A | Dividend | K | T | | | | | |
| 57. -Sector Spider Technology Select | A | Dividend | J | T | | | | | |
| 58. Brokerage Account 13B | | | | | | | | | |
| 59. -Wells Fargo Bank Deposit Sweep Option | A | Int./Div. | J | T | | | | | |
| 60. -Sterling Bank Corp | A | Dividend | J | T | | | | | |
| 61. -Vanguard Total Stock Market ETF | A | Dividend | J | T | | | | | |
| 62. IRA Account 14A | | | | | | | | | |
| 63. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 64. -Matthews Pacific Tiger | A | Dividend | K | T | | | | | |
| 65. -Sector Spider Technology Select | A | Dividend | J | T | | | | | |
| 66. Brokerage Account 14B | | | | | | | | | |
| 67. -Wells Fargo Bank Deposit Sweep Option | A | Interest | J | T | | | | | |
| 68. -Sterling Bank Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust #4 | | | | | | | | | |
| 70. -Intentionally Blank | | | | | | | | | |
| 71. -Fidelity Government Money Market | A | Int./Div. | K | T | | | | | |
| 72. -Williams Companies | A | Int./Div. | J | T | | | | | |
| 73. - Fund Royce Opportunity Fund Investment Class N/L | C | Int./Div. | K | T | | | | | |
| 74. -Fund Oppenheimer DevMkts Fund | A | Int./Div. | J | T | | | | | |
| 75. - Kinder Morgan | A | Int./Div. | J | T | | | | | |
| 76. -Hartford International Value Fund | A | Int./Div. | J | T | | | | | |
| 77. -Berkshire Hathaway B | | None | K | T | | | | | |
| 78. -Crown Castle | A | Int./Div. | K | T | | | | | |
| 79. - Stock Alleghany Corp | | None | J | T | | | | | |
| 80. -Flow 2006 LLC | | None | M | W | | | | | |
| 81. -VSECU Bank Account | A | Int./Div. | J | T | | | | | |
| 82. -Fund Hartford Capital Appreciation Fund Class A | B | Int./Div. | K | T | | | | | |
| 83. -Liberty Broadband Corp Series A (LBRDA) | | None | J | T | | | | | |
| 84. -Liberty Broadband Corp Series C (LBRDK) | | None | J | T | | | | | |
| 85. -Liberty Media Corp Com A (LSXMA) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Liberty Media Corp Delaware Com C (LSXMK) | | None | J | T | | | | | |
| 87. -Liberty Media Corp Delaware Com A (BATRA) | | None | J | T | | | | | |
| 88. -Liberty Media Corp Delaware Com C Media (FWONK) | | None | J | T | | | | | See Note |
| 89. -Liberty Media Corp Delaware Com A Media (FWONA) | | None | J | T | | | | | See Note |
| 90. -Liberty Media Corp Delaware Com C (BATRK) | | None | J | T | | | | | |
| 91. -Fund Third Avenue Focused Credit Fund Investor Class | B | Int./Div. | J | T | | | | | |
| 92. -Longleaf Small-cap Fund | B | Int./Div. | K | T | | | | | |
| 93. -Putnam Capital Spectrum | A | Int./Div. | J | T | | | | | |
| 94. -Netflix | | None | K | T | | | | | |
| 95. Janus Worldwide Fund | | | | | Sold | 03/09/15 | J | A | See Note |
| 96. Trust #5 | | | | | | | | | |
| 97. -Wells Fargo Bank Deposit Sweep | A | Int./Div. | L | T | | | | | |
| 98. -Stock Sector Spdr TR Tech Select Sector XLK | A | Int./Div. | K | T | | | | | |
| 99. -Alibaba Group | | None | K | T | | | | | |
| 100. -Verizon Communications | A | Int./Div. | J | T | | | | | |
| 101. -Gunpowder W Corp. | | None | J | W | | | | | |
| 102. -Joppa East Limited Partnership | A | Int./Div. | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Mayfield W, Inc. | | None | J | W | | | | | |
| 104. -MHW, LLC | D | Distribution | L | W | | | | | |
| 105. -Exploration Capital 2005 | D | Int./Div. | L | W | | | | | |
| 106. -Wolf Realty Corp. | | None | J | W | | | | | |
| 107. -Saul Centers Bond | B | Int./Div. | K | T | | | | | |
| 108. -VSECU Bank Account | A | Int./Div. | J | T | | | | | |
| 109. -Merck | A | Int./Div. | K | T | | | | | |
| 110. -GSV Capital | | | J | T | | | | | |
| 111. -Loan to Trust #4 | | None | L | W | | | | | |
| 112. IRA Account 20 | | | | | | | | | |
| 113. -Wells Fargo Money Market | A | Int./Div. | J | T | Buy (add'l) | 10/10/17 | J | | |
| 114. -Tesla Motors, Inc. | | None | K | T | | | | | |
| 115. -Chipotle | | None | J | T | | | | | |
| 116. -Illumina | | None | J | T | | | | | |
| 117. -Netflix | | None | K | T | | | | | |
| 118. -Synaptics | | None | J | T | | | | | |
| 119. -Square Inc. - A | | None | J | T | Buy | 11/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  IRA BA 17 | | | | | | | | | |
| 121.  -AMG Managers Fair Pointe Mid Cap fund | A | Dividend | J | T | | | | | |
| 122.  -American Mutual Fund Cl F2 | A | Dividend | J | T | | | | | |
| 123.  -Brown Capital Mgt Small C. Inv. | A | Dividend | J | T | | | | | |
| 124.  -Cohen & Steers Realty Shares | A | Dividend | J | T | | | | | |
| 125.  -Fidelity 500 Index FD Investor Class | A | Dividend | J | T | | | | | |
| 126.  -Harbor International Institutional | A | Dividend | J | T | | | | | |
| 127.  -Aberdeen Total Return Bond Fund Cl I | A | Dividend | J | T | | | | | |
| 128.  -Fidelity Floating Rate High Income | A | Dividend | J | T | | | | | |
| 129.  -Fidelity Total Bond | A | Dividend | J | T | | | | | |
| 130.  -PIMCO Total REturn Instl | A | Dividend | J | T | | | | | |
| 131.  -Osterweis Strategic Income Fund | A | Dividend | J | T | | | | | |
| 132.  -IQ Alpha Hedge Strategy Instl | | | | | Sold | 07/20/17 | J | A | |
| 133.  -Fidelity Cash Reserves | A | Interest | J | T | Sold (part) | 07/20/17 | J | A | |
| 134.  -Fidelity Small Cap Index Investor | A | Distribution | J | T | | | | | |
| 135.  - Costoco Wholesale | A | Dividend | K | T | Buy | 06/29/17 | K | | |
| 136.  IRA 18 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Schwab Adv Cash Reserves | A | Dividend | L | T | Sold (part) | 04/17/17 | J | A | |
| 138. | | | | | Sold (part) | 08/15/17 | J | A | |
| 139. | | | | | Sold (part) | 11/06/17 | K | A | |
| 140. -Greif Brothers Notes Due 2/1/17 | B | Dividend | | | Matured | 02/10/17 | K | A | |
| 141. -Plum Crk Tmbrlnd Bonds due 3/15/21 | A | Interest | J | T | | | | | |
| 142. -Abbot Labs | A | Interest | J | T | Buy | 01/05/17 | J | | See Note |
| 143. -Acuity Brands | A | Dividend | J | T | | | | | |
| 144. -CISCO Systems | A | Dividend | J | T | | | | | |
| 145. -General Electric Co. | A | Dividend | J | T | | | | | |
| 146. -International Business Machines | A | Dividend | K | T | | | | | |
| 147. -PPG Industries | A | Dividend | J | T | | | | | |
| 148. -St Jude Medical | | | | | Merged (with line 142) | 01/05/17 | J | | |
| 149. -United Parcel Service Class B | A | Dividend | J | T | | | | | |
| 150. -Staples Bond Due 1/12/18 | A | Dividend | | | Redeemed | 10/12/17 | J | A | |
| 151. -Weyerrhaeuser Co. Bond due 02/1/18 | A | Dividend | J | T | | | | | |
| 152. -Weyerhaeuser Co REIT (fromerly Plum Creek Timber Co. REIT) | A | Interest | J | T | | | | | |
| 153. -Marathon Value Portfolio | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Vanguard Total Stock Market Index Fund | A | Dividend | J | T | | | | | |
| 155. -Ishares Exp Technology ETF | A | Dividend | K | T | | | | | |
| 156. -Technology Select Sector Spdr ETF | A | Dividend | K | T | | | | | |
| 157. Utah Ed Savings Age Based Aggressive Global Fund | B | Dividend | L | T | Buy (add'l) | 1/3/17 | J | | |
| 158. | | | | | Buy (add'l) | 1/10/17 | J | | |
| 159. | | | | | Buy (add'l) | 02/03/17 | J | | |
| 160. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 161. | | | | | Buy (add'l) | 02/21/17 | J | | |
| 162. | | | | | Buy (add'l) | 03/03/17 | J | | |
| 163. | | | | | Buy (add'l) | 04/03/17 | J | | |
| 164. | | | | | Buy (add'l) | 05/03/17 | J | | |
| 165. | | | | | Buy (add'l) | 06/05/17 | J | | |
| 166. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 167. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 168. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 169. | | | | | Buy (add'l) | 10/03/17 | J | | |
| 170. | | | | | Buy (add'l) | 11/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 12/4/17 | J | | |
| 172.  USAA Bank Accounts | A | Int./Div. | J | T | | | | | |
| 173.  BA Account 19 | | | | | | | | | |
| 174.  -Schwab Cash Account | A | Int./Div. | J | T | | | | | |
| 175. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sorokin, Leo T. | 7/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Notes Regarding Part VII Investments and Trusts

   Line 48 - Name change in mutual fund.

   Line 88 and 89 Slight name change on statement (FWONA entites of Lib Media)

   Line 95 - Janus Worldwide Fund. This fund was sold in 2015. The sale was inadvertently not listed on the 2015 year report and the asset was inadvertently listed in the 2016 year report.

   Line 142 - Abbot Labs was acquired when St. Jude (Line 148) was merged into Abbot and shares of Abbot were issued in exchange for the shares of St Jude

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leo T. Sorokin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544